```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ANTHONY L. HICKS,              )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )         2:10cv344-MHT
                               )             (WO)
LOUIS BOYD, et al.,            )
                               )
     Defendants.               )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging, among other things, his classification and conditions of confinement. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**